UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>ALBERT JONES,<br><br>                Defendant. | Case No. 2:16-cr-00062-LRH-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion to Request for Contact Visit With Minor Child (ECF No. 167), filed July 6, 2018. The Government filed its Response (ECF No. 168) on July 11, 2018. Defendant seeks an order requiring the Southern Nevada Detention Center ("SNDC") permit a contact visit with his minor child. The Government indicates that it contacted the United States Marshall Service and was advised that contact visits at the SNDC are only permitted for the attorney of record and court personnel. The Court conducted preliminary research and did not find any legal authority that a pretrial detainee is legally entitled to contact visits, such that the Court should overrule the policies of SNDC. The Court will therefore deny Defendant's motion, without prejudice. Defendant may refile his motion if he can provide the Court with legal authority to support his request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Request for Contact Visit With Minor Child (ECF No. 167) is **denied**, without prejudice.

Dated this 19th day of July, 2018.

*George Foley Jr.*

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1