**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>ALBERT JONES,<br><br>             Defendant. | No. 2:16-cr-00062-LRH-EJY<br><br>**ORDER** |

This matter coming on the parties' Stipulation to Continue Rule 32 Sentencing Hearing, the Court having considered the premises therein, and good cause showing, the Court accepts the Stipulation of the parties and finds as follows:

      1.      The parties agree to the continuance requested in the Stipulation;

      2.      Defendant is in custody and does not object to the continuance;

      3.      The Court adopts and incorporates herein in full, District of Nevada, Temporary General Order 2020-05 of March 30, 2020, regarding Authorization for Video and Teleconferencing Under the CARES Act And The Exigent Circumstances Created By COVID-19 And Related Coronavirus (hereinafter "General Order"), including the finding that in light of the current state of emergency brought on by the COV-19 pandemic, and during the

time the General Order is in effect, the Court cannot conduct an in-person Rule 32 sentencing hearing without serious risk to the health and safety of the public and the parties involved in this matter;

4. The defendant desires an in-person Rule 32 sentencing hearing and no facts have been presented to the Court to show that further delay of the hearing will seriously harm the interests of justice in this case;

5. The General Order is in effect for 90 days from March 30, 2020. Accordingly, pursuant to the Stipulation, the Court will continue and set the date for Rule 32 sentencing hearing for **no less than 60 days** from July 16, 2020.

**IT IS THEREFORE ORDERED:**

1. The Rule 32 sentencing hearing set for **10:30 a.m., July 16, 2020**, is **VACATED** and **CONTINUED;**

2. The Rule 32 sentencing hearing in this matter will commence on **Wednesday, October 7, 2020 at 2:15 p.m.** in a Las Vegas courtroom to be announced at a later date.

**IT IS SO ORDERED** this 29th day of June, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE