UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-00062-LRH-EJY |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FINDINGS OF FACT, CONCLUSIONS** |
| v. | ) | **OF LAW AND ORDER** |
| | ) | |
| ALBERT JONES, | ) | |
| | ) | (3rd Request) |
| Defendant. | ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Defendant Albert Jones is in custody and does not oppose the continuance.

2. Counsel needs additional time to adequately prepare for sentencing.

3. Additionally, denial of this request for continuance would result in a miscarriage of justice.

4. This is the third request for a continuance of the sentencing hearing in this case.

## ORDER

**IT IS ORDERED** that SENTENCING currently scheduled for October 7, 2020 at the hour of 2:15 p.m., be vacated and continued to Tuesday, December 29, 2020, at 2:30 p.m. before District Judge Larry R Hicks in Las Vegas Courtroom to be announced at a later time.

DATED this 5th day of October, 2020.

_____
United States District Judge