UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-CR-00062-LRH-EJY |
| ) | |
| Plaintiff, ) | |
| ) | **FINDINGS OF FACT, CONCLUSIONS** |
| v. ) | **OF LAW AND ORDER** |
| ) | |
| ALBERT JONES, ) | |
| ) | (2nd Request) |
| Defendant. ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Defendant Albert Jones is in custody and does not oppose the continuance.

2. Counsel needs additional time to adequately prepare for sentencing.

3. Additionally, denial of this request for continuance would result in a miscarriage of justice.

4. This is the second request for a continuance of the sentencing date in this case.

///

////

# ORDER

**IT IS ORDERED** that SENTENCING currently scheduled for December 29, 2020 at the hour of 2:30 p.m., be vacated and continued to **Thursday, March 4, 2021**, at the hour of **2:30 p.m.** in a Las Vegas Courtroom to be determined.

DATED this 16th day of December, 2020.

_____
U.S. DISTRICT JUDGE